IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PREFERRED FAMILY
HEALTHCARE, INC.                                                                                    PLAINTIFF

v.                                         Case No. 6:20-cv-6055

CASEY BRIGHT                                                                                     DEFENDANT

**<u>ORDER</u>**

Before the Court is Plaintiff's requested assessment of damages against Defendant Casey Bright ("Bright") and assessment of attorney's fees and costs. Plaintiff filed its complaint on May 22, 2020. ECF No. 2. After failing to file an answer, default was entered against Defendant Bright. ECF No. 16. Defendant Bright has not appeared or defendant himself in any way in this matter.

On July 12, 2022, the Court granted Plaintiff's request for a default judgment against Defendant Bright, noting that damages and attorney's fees and costs would be determined at a hearing set at a later date. On September 21, 2022, the Court held a hearing to determine damages against Defendant Bright and to determine Plaintiff's attorney's fees and costs. ECF No. 102. Plaintiff put forth a calculation of damages against Defendant Bright at $2,400,000, which was determined from the total alleged damages in its complaint minus the amount from a settlement agreement with the other Defendants in this matter.[1] The Court was satisfied with Plaintiff's explanation of the source of its damages and found its calculation of damages appropriate. Plaintiff then proposed a total sum for attorney's fees and costs at $107,574.45. However, the Court determined in the hearing that more detailed information was needed from Plaintiffs regarding its costs and fees. Plaintiff subsequently provided the Court with a more detailed breakdown of its

---

[1] Defendants Quapaw House, Inc. and Michael Gregory Parker were dismissed from this matter pursuant to a Joint Motion to Dismiss. ECF No. 96.

costs and fees for this matter. The Court is satisfied with the information provided by Plaintiff and approves of its requested amount of attorney's fees and costs.

Upon review, the Court finds that Plaintiff has demonstrated that its requested calculations of damages against Defendant Bright is appropriate and that its requested amount of attorney's fees and costs is also appropriate. Accordingly, pursuant to its prior entry of default judgment, the Court hereby assesses damages against Defendant Bright in this matter in the amount of $2,400,000. Plaintiff's attorney's fees and costs in this matter are hereby assessed in the amount of $107,574.45.

**IT IS SO ORDERED**, this 12th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge